UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 1 7 2015**

Clerk, U.S. District and
Bankruptcy Courts

_____
                                        )
LeROY K. WHEELER,                       )
                                        )
            Plaintiff,                   )        Case: 1:15-cv-01512
                                        )        Assigned To : Unassigned
    v.                                   )        Assign. Date : 9/17/2015
                                        )        Description: Pro Se Gen. Civil F Deck
SCOTT S. HARRIS,                        )
                                        )
            Defendant.                   )
_____   )

## MEMORANDUM OPINION

According to the plaintiff, the Clerk of the Supreme Court of the United States has denied access to the courts in violation of the First Amendment to the United States Constitution by refusing to allow plaintiff to proceed _in forma pauperis_. _See_ Compl. at 5. He asks this Court "[t]o reverse the bar[] placed by the Defendant . . . , allow for more probing screening on _pro se_ prisoner complaints and redefine a frivolousness determination," among other relief, _id._

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. _See_ Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. _See In re Marin_, 956 F.2d 339, 340 (D.C. Cir.), _cert. denied_, 506 U.S. 844 (1992).

The Court will grant the plaintiff's application to proceed _in forma pauperis_ and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 9/16/15

_____
United States District Judge